
FILED
Scott L. Poff, Clerk
United States District Court

By staylor at 3:54 pm, Mar 07, 2017

# In the United States District Court
# for the Southern District of Georgia
# Statesboro Division

ENRICO JACKSON,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

CV 616-075
CR 608-012

### ORDER

Before this Court is the Magistrate Judge's Report and Recommendation ("R & R") (Dkt. No. 3) denying Movant Enrico Jackson's Motion to Vacate (Dkt. No. 1). After a complete and de novo review of the entire record, Movant's objections (Dkt. No. 5) are **OVERRULED** and the R & R is **ADOPTED** as the opinion of this Court. Accordingly, Movant's Motion to Vacate (Dkt. No. 1) is **DENIED** and this matter will be **DISMISSED**.

    **SO ORDERED**, this 7 day of March, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)